### 14038.   WRIGHT *v.* THE STATE.

LUKE, J.   Upon conflicting evidence, the jury were authorized to convict the defendant; and the conviction has the approval of the trial judge.   Grounds 2 and 4 of the amendment to the motion for a new trial are too incomplete to be considered by this court.   The other special grounds, as to the exclusion of testimony, are, in view of the evidence in the case, without merit.   The jury, as they had a right to do, believed the evidence for the State and disbelieved the defendant's evidence.   It was not error to overrule the motion for a new trial.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 8, 1923.

Indictment for vagrancy; from Wilkes superior court — Judge Shurley.  October 4, 1922.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

### 14108.   FORSTER *v.* MALONE.

LUKE, J.   There was evidence to authorize the verdict in this case, and the verdict has the approval of the trial judge.   The special grounds of the motion for a new trial which complain of the charge of the court are without merit.   The charge of the court was full, fair, and properly adjusted to the pleadings and the evidence.   For no reason assigned was it error to overrule the motion for a new trial.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 8, 1923.

Attachment; from city court of Floyd county — Judge Nunnally.  October 19, 1922.

*Willingham, Wright & Covington,* for plaintiff in error.

*Maddox, Lipscomb & Matthews,* contra.